**DENY and Opinion Filed November 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00974-CV

### IN RE MATHESON TRI-GAS, INC., Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14572**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Whitehill

Relator's November 10, 2020 petition for writ of mandamus asks us to compel the trial court to issue a ruling on the application for temporary restraining order and injunctive relief. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition and the record before us, we conclude that relator has failed to show its entitlement to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having

denied the petition, we also deny relator's motion for emergency stay as moot.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

200974F.P05